**MS 06-0204**

AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MONITOR STUDIOS, LLC<br>    Plaintiff<br><br>V.<br><br>ROSS REDDICK, aka SIBE, aka<br>ALASKA, and JOHN DOES 1-10,<br>    Defendants | **CERTIFICATION OF JUDGMENT<br>FOR REGISTRATION IN<br>ANOTHER DISTRICT**<br><br>Case Number: 05:04-CV-940-FL |

I, **MICHAEL BROOKS, Acting Clerk**, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action **9/22/2006**, as it appears in the records of this court, and that

* no notice of appeal from this judgment has been field, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

SEA 5896

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

11/28/06
Date

**MICHAEL BROOKS, Acting Clerk**
Clerk

*(signature)*
(By) Deputy Clerk

06-MC-00204-CERT

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (*) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(* Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

*UNITED STATES DISTRICT COURT*
Eastern District of North Carolina

MONITOR STUDIOS, LLC,
    Plaintiff,

v.

*Judgment in a Civil Case*
Case Number: 5:04-CV-940-FL

ROSS REDDICK, a/k/a SIBE, a/k/a
ALASKA, and JOHN DOES 1 - 10,
    Defendants.

**X Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff have and recover of defendant Ross Reddick, a/k/a Sibe, a/k/a Alaska, judgment in the principal amount of Ten Thousand dollars (10,000.00).

2. Defendant shall further pay plaintiff's costs of suit herein in the amount of Four Hundred and Forty Five dollars (445.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing plaintiff's rights under federal or state law in the graphic artwork and images of plaintiff at issue herein, and is further enjoined from reproducing, copying duplicating, disseminating, publishing, transmitting, distributing, displaying, storing, uploading, downloading, offering or making available any unauthorized copies of plaintiff's graphic artwork in whole or in part. For the purposes of this Order, the prohibitions set forth in this paragraph shall include the placement of an unauthorized copy of plaintiff's graphic artwork into a computer's hard drive or other storage device; scanning any of plaintiff's graphic artwork, "uploading" a digital file containing any of plaintiff's graphic artwork from the computer to a bulletin board system, chat room, IRC or other server; and "downloading" a digital file containing any of plaintiff's graphic artwork from a bulletin board system, chat room, IRC or other server to a computer.

4. Defendant shall be and hereby is enjoined from assisting, aiding or abetting any other person or business entity from engaging in or performing any of the above-described acts.

5. Defendant shall be and hereby is enjoined from making unauthorized use of plaintiff's computers and computer systems, or plaintiff's agents' computers or computer systems.

6. Defendant shall be and hereby is enjoined from any unauthorized access of plaintiff's protected computer system.

The clerk is DIRECTED to enter judgment in accordance with this order and close the case.

SO ORDERED: Louise W. Flanagan, Chief United States District Judge

JUDGMENT FILED AND ENTERED THIS 22ND DAY OF SEPTEMBER 2006, AND COPIES MAILED TO:

| | |
|---|---|
| Gregory S. Connor<br>The Connor Law Firm<br>6340 Quadrangle Dr.<br>Suite 170<br>Chapel Hill, NC 27517 | Ross Reddick<br>5433 NW St. Helens Rd.   &   14500 NE 29th PL<br>Portland, OR 97210                #354<br>                                             Bellevue, WA 98007 |
| September 22, 2006 | MICHAEL BROOKS, ACTING CLERK |

/s/Donna Rudd
(by) Deputy Clerk

# THE CONNOR LAW FIRM, PLLC
ATTORNEYS AT LAW

| | |
|---|---|
| GREGORY S. CONNOR | TEL: 919.402.4337 |
| W. RUSSELL CONGLETON | TOLL-FREE: 877.777.9060 |
| ANDREA WINTERS | FAX: 919.402.9500 |

December 7, 2006

U.S. District Court Clerk
Western District of Washington
Lobby Level, U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

_____ FILED
_____ LODGED   [MAIL]
_____ RECEIVED

DEC 11 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Re:  *Monitor Studios, LLC v. Ross Reddick, et al*
     *Registration of Judgment*

**MS 06-0204**

To Whom It May Concern:

Enclosed please find the following: (1) an original and one copy of a "Certification of Judgment for Registration in Another District;" (2) a check in the amount of $39.00; and (3) a self-addressed, stamped envelope.

On behalf of our client, Monitor Studios, LLC, we ask that you please file the original and return the copy of the Certification to this office in the enclosed envelope. In the event our client decides to pursue enforcement of the judgment, it will either obtain local counsel or I shall seek a sponsor for pro hac vice admission. For the moment, however, all that our client wishes to do is register the judgment.

If you have any questions, or if I have omitted anything of importance, please do not hesitate to call me. Thank you for your assistance in this matter.

Yours very truly,
THE CONNOR LAW FIRM, PLLC

W. Russell Congleton

cc: file; client
Enclosures (4)